**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| ATLANTIC WIND, LLC | : No. 159 MAL 2022 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| ZONING HEARING BOARD OF PENN FOREST TOWNSHIP | : |
| | : |
| | : |
| | : |
| PETITION OF: FORTY-TWO INTERVENORS | : |
| | : |
| | : |
| | : |
| ATLANTIC WIND, LLC | : No. 160 MAL 2022 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| PENN FOREST TOWNSHIP ZONING HEARING BOARD | : |
| | : |
| | : |
| | : |
| PETITION OF: FORTY-TWO INTERVENORS | : |
| | : |
| | : |
| | : |
| BETHLEHEM AUTHORITY | : No. 161 MAL 2022 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| PENN FOREST TOWNSHIP ZONING HEARING BOARD | : |
| | : |
| | : |
| | : |
| PETITION OF: FORTY-TWO INTERVENORS | : |
| | : |
| | : |

BETHLEHEM AUTHORITY,

      v.

THE ZONING HEARING BOARD OF
PENN FOREST TOWNSHIP

PETITION OF: FORTY-TWO INTERVENORS

:  No. 162 MAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.